UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BENJAMIN JAMES CORNWELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2982** |
| **LASALLE CORRECTIONS MANAGEMENT, ET AL.** | **SECTION "L" (4)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** plaintiff Benjamin James Cornwell's 42 U.S.C. § 1983 claims against defendants Terrebonne Parish Criminal Justice Complex, LaSalle Corrections Management, TPCJC Medical Staff, and Catahoula Correctional Center are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 636(b)(1)(B), § 1915A, and as applicable, 42 U.S.C. § 1997e, for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 8th day of March, 2022.

UNITED STATES DISTRICT JUDGE